UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALAN DEAN HILL,<br>Plaintiff,<br>v.<br>COUNTY OF EL DORADO, et al.,<br>Defendants. | No. 2:25-cv-1472-TLN-CKD P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. The court previously found service of plaintiff's first amended complaint was appropriate for defendant Nurse Jennifer and plaintiff requested to serve a subpoena duces tecum on a non-party in order to obtain Nurse Jennifer's full legal name for the purpose of locating and serving the defendant. (ECF Nos. 12, 13, 14.) Upon finding plaintiff's request was appropriate under Federal Rules of Civil Procedure 26 and 45(a), the court sent plaintiff a subpoena duces tecum (form AO 88B) to complete and return to the court. (ECF No. 17.) Plaintiff has returned the completed form requesting production of a document containing Nurse Jennifer's full name from a non-party located at the address for the El Dorado County Jail. (See ECF No. 18.)

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

a. One (1) completed and issued subpoena duces tecum;

b. One (1) completed USM-285 form; and

c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.

2. The Clerk is directed to attach a copy of the completed subpoena duces tecum to this order.

3. Within thirty (30) DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the non-party at the El Dorado County Jail named in the subpoena pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

4. Within TEN (10) DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

Dated: July 24, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 hill1472.sbt2